IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DEBORAH LAUFER,**<br>**Plaintiff,**<br>v.<br><br>**SHAWN INVESTMENTS, LLC**<br>**d/b/a SUBURBAN EXTENDED**<br>**STAY HOTEL TALLAHASSEE**<br>**NEAR UNIVERSITY, a Florida**<br>**Limited Liability Company,**<br><br>**Defendant.** | Case No.: 1:19-cv-00272 |

### NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby moves this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties. The parties further request that the Court retain jurisdiction to enforce the settlement agreement.

FOR THE PLAINTIFF:
*/s/ Kimberly A. Corkill*
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that December 9, 2019 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

/s/*Kimberly A. Corkill*
Attorney