# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**DEBORAH LAUFER,**

    **Plaintiff,**

**v.**                                                      Case No. 1:19-cv-272-AW-GRJ

**SHAWN INVESTMENTS, LLC d/b/a SUBURBAN EXTENDED STAY HOTEL TALLAHASSEE NEAR UNIVERSITY,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

Plaintiff has moved to dismiss based on a settlement. ECF No. 6. The motion is granted, and the case is dismissed with prejudice. The Court will retain jurisdiction for thirty days to enforce the settlement. The Clerk will close the file.

SO ORDERED on December 10, 2019.

                                                          s/ *Allen Winsor*
                                                          United States District Judge